PHILIP LOWE *vs.* ALEXANDER MOORE.

Bristol. Oct. 24, 1882. — Feb. 5, 1883. C. ALLEN, COLBURN & HOLMES, JJ., absent.

The purchaser of land sold under a power contained in a mortgage may maintain an action, on the St. of 1879, *c.* 237, against the mortgagor, to recover possession of the land.

ACTION on the St. of 1879, *c.* 237, to recover possession of a parcel of land in New Bedford.

At the trial in the Superior Court, before *Colburn*, J., it appeared in evidence that, in June 1876, the defendant executed and delivered a mortgage deed, with a power of sale contained therein, of the premises described in the plaintiff's writ to secure a note of $1500, payable five years from date to one Moses G. Tucker; that the power in the deed provided "that Moses G. Tucker or his assigns may purchase at said sale, and that no other purchasers shall be answerable for the application of the purchase money;" that on December 31, 1881, the premises were sold by public auction, according to the provisions of the power of sale, to the plaintiff; and that a deed from Tucker, under the power and pursuant to the sale, with the usual covenants, was executed and delivered to the plaintiff, who afterwards demanded of the defendant possession of the premises, and then brought this action. No question was made that the plaintiff acquired a good title under these proceedings.

The defendant contended, and asked the judge to rule, that, upon these facts, the action could not be maintained. The judge declined so to rule, but ruled that the plaintiff could maintain the action; and ordered the jury to return a verdict for the plaintiff. The defendant alleged exceptions.

*E. L. Barney*, for the defendant.

*F. C. S. Bartlett*, for the plaintiff.

FIELD, J. The ruling was right. The purpose of the St. of 1879, *c.* 237, was to furnish to the person who has a valid title to the estate a speedy method of obtaining possession of it, immediately upon the foreclosure of the mortgage by a sale under the power. That person is the purchaser at the sale. *Warren* v. *James*, 130 Mass. 540. *Harris* v. *Carmody*, 131 Mass. 51.

*Exceptions overruled.*